**Order entered April 7, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01092-CR
### No. 05-19-01093-CR

**REGINALD QUOMONE JORDAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F14-60840-Q & F14-60841-Q

## ORDER

We **REINSTATE** these appeals.

We abated for the appointment of counsel. On April 5, 2020, Michael Casillas informed the Court he had been appointed counsel. We **DIRECT** the Clerk to list Michael R. Casillas as counsel for appellant. All future correspondence shall be sent to Mr. Casillas at the address on file with the Court.

Appellant's brief is **DUE** by May 22, 2020.

/s/     LANA MYERS
         JUSTICE